NO. 07-06-0268-CV



IN THE COURT OF APPEALS



FOR THE SEVENTH DISTRICT OF TEXAS



AT AMARILLO



PANEL B



OCTOBER 27, 2006


 ______________________________



IN THE MATTER OF MACKENZIE AMELIA COOPER AND


MICHAEL WAYNE BERRY


_________________________________



FROM THE 320TH DISTRICT COURT OF POTTER COUNTY;



NO. 72,590-D; HONORABLE DON EMERSON, JUDGE


_______________________________




Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

 ON MOTION TO DISMISS


 Michael Wayne Berry, appellant, has filed a motion to dismiss this appeal because
he no longer wishes to pursue it. No decision of this Court having been delivered to date,
we grant the motion. Accordingly, the appeal is dismissed. Tex. R. App. P. 42.1(a)(1). 
No motion for rehearing will be entertained and our mandate will issue forthwith.



 Mackey K. Hancock

 Justice



r the appeal. Waller v. State, 931 S.W.2d 640, 643-44 (Tex.
App.-Dallas 1996, no writ). 


 Consequently, the appeal is dismissed for want of jurisdiction.


 Brian Quinn

 Justice


Do not publish.